UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1-15-2024

-----------------------------------------------------------------X
:
STRIKE 3 HOLDINGS, LLC, :
: Case No. 1:23-cv-02990-KAM-MMH
Plaintiff, :
:
vs. :
:
JOHN DOE subscriber assigned IP address :
104.162.143.180, :
:
Defendant. :
-----------------------------------------------------------------X

## PLAINTIFF'S VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 104.162.143.180, are voluntarily dismissed without prejudice.

Dated: January 15, 2024

Respectfully submitted,

THE ATKIN FIRM, LLC
By: _/s/ John C. Atkin_
John C. Atkin, Esq.
400 Rella Blvd., Ste. 165
Suffern, NY 10901
Tel: (973) 314-8010 / Fax: (833) 693-1201
JAtkin@atkinfirm.com
*Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                      By: */s/ John C. Atkin*
                                      John C. Atkin, Esq.